Laurence D. King (SBN # 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

[Additional Counsel on Signature Page]

Attorneys for Plaintiff Patricia Greenberg

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| Patricia Greenberg, | Civil Case No. 3:12-cv-04975-MEJ |
|---|---|
| Plaintiff, | <u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| Expedia, Inc., et al., | |
| Defendants. | |

WHEREAS, Plaintiff filed the Complaint in this litigation on September 24, 2012;

WHEREAS, all of the Defendants have agreed to waive service of the complaint;

WHEREAS, a number of substantially similar complaints have been filed nationwide;

WHEREAS, a Motion for Consolidation and Transfer under 28 U.S.C. § 1407 was filed before the Judicial Panel on Multi-District Litigation ("JPML") to coordinate and/or consolidate all of the actions in one court;

WHEREAS, the JPML has scheduled the MDL Motion for a hearing on November 29, 2012, and the parties expect that the JPML will issue a decision on the motion within a few

weeks after the hearing;[1]

WHEREAS, Plaintiff and Defendants Expedia, Inc., Hotels.com LP, Travelocity.com LP, Sabre Holdings Corporation, Priceline.com Incorporated, Booking.com B.V., Booking.com (USA), Inc., Orbitz Worldwide, Inc., Hilton Worldwide, Inc., Starwood Hotels & Resorts Worldwide, Inc., Trump International Hotels Management, LLC, Kimpton Hotel & Restaurant Group, LLC, InterContinental Hotels Group Resources, Inc., Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC and Travelodge Hotels, Inc. (collectively "Defendants") expect that all of the actions will be coordinated and/or consolidated before one court; and

WHEREAS, Plaintiff and Defendants wish to preserve the parties' and the court's resources and efficiently manage the litigation so as not to cause prejudice;

NOW THEREFORE, the parties agree as follows:

1. Defendants will not be required to answer or otherwise plead in response to the Complaint during the pendency of the Motion for Consolidation and Transfer under 28 U.S.C. § 1407. If this Court is the transferee court, Defendants' time to answer or otherwise plead will be extended until 60 days after a consolidated amended complaint is filed, and Plaintiffs will file their opposition to a motion to dismiss, if filed, within 60 days thereafter. In the event that the Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied, the parties will confer within seven (7) days of the JPML's order regarding the due date for responsive pleadings in this action. No discovery shall be served in the above-captioned matter while this stipulation is in effect;

2. In the event that Defendants voluntarily file or are ordered to file a responsive pleading in any other related action prior to the JPML's decision, Defendants agree that this stipulation will become void and in that event, all of the parties agree to negotiate in good faith regarding a responsive pleading date.

3. If this Court is the transferee court, Defendants agree that they will engage in a

---

[1] John G. Heyburn II, *A View from the Panel: Part of the Solution*, 82 Tul. L. Rev. 2225, 2242 n.88 (2007-08) (then-Chair of the JPML: "[u]sually within two weeks of oral argument, the Chair has finalized and approved each written opinion pertaining to that session").

-2-

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CV-04975-MEJ

703513648

conference pursuant to Fed. R. Civ. P. 26(f) with Plaintiffs within 14 days of appointment of lead counsel for the Plaintiffs.  If the Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied, Defendants agree that they will engage in a conference pursuant to Fed. R. Civ. P. 26(f) with Plaintiffs within 14 days of the denial of the motion.

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

      /s/Laurence D. King
      Laurence D. King

Dated:  October 23, 2012

FOR PLAINTIFF:                                              FOR DEFENDANTS:

By:  /s/ Laurence D. King                                   By:    /s/ Emily Johnson Henn
    Laurence D. King (SBN 206423)                  Emily Johnson Henn (SBN 269482)
    Linda M. Fong (SBN 124232)                      COVINGTON & BURLING LLP
    KAPLAN FOX & KILSHEIMER LLP                     333 Twin Dolphin Dr., Suite 700
    350 Sansome Street, Suite 400                   Redwood Shores, CA  94065
    San Francisco, CA 94104                         Telephone:  (650) 632-4700
    Telephone: (415) 772-4700                       Facsimile:  (650) 632-4800
    Facsimile: (415) 772-4707                       ehenn@cov.com
    lking@kaplanfox.com
    lfong@kaplanfox.com                             Attorneys for Defendants
                                                    *Expedia, Inc. and Hotels.com LP*

    Justin B. Farar (SBN 211556)
    KAPLAN FOX & KILSHEIMER LLP          By:           /s/ George S. Cary
    11111 Santa Monica Blvd, Suite 620         George S. Cary (SBN 73858)
    Los Angeles, CA 90025                      Steven J. Kaiser
    Telephone: (310) 575-8670                  CLEARY GOTTLIEB STEEN &
    Facsimile: (310) 575-8697                  HAMILTON LLP
    jfarar@kaplanfox.com                       2000 Pennsylvania Avenue, NW
                                                    Washington, D.C.  20006
    Attorneys for Plaintiff                    New York, NY  10017
                                                    Telephone:  (212) 974-1554
                                                    Facsimile:  (212) 974-1999
                                                    gcary@cgsh.com
                                                    skaiser@cgsh.com

                                                    Attorneys for Defendants
                                                    *Travelocity.com LP and Sabre Holdings Corporation*

-3-

703513648

|     |                                                      |
| --- | ---------------------------------------------------- |
| By: | /s/ Kevin J. Arquit                                  |
|     | Kevin J. Arquit                                      |
|     | SIMPSON THACHER & BARTLETT LLP                       |
|     | 425 Lexington Avenue                                 |
|     | New York, NY  10017                                  |
|     | Telephone:  (212) 455-2000                           |
|     | Facsimile:  (212) 455-2502                           |
|     | karquit@stblaw.com                                   |

Attorneys for Defendants
*Priceline.com Incorporated, Booking.com B.V. and Booking.com (USA), Inc.*

|     |                                                      |
| --- | ---------------------------------------------------- |
| By: | /s/ Christopher S. Yates                             |
|     | Christopher S. Yates (SBN 161273)                    |
|     | Daniel M. Wall                                       |
|     | Brendan A. McShane                                   |
|     | Jason L. Daniels                                     |
|     | LATHAM & WATKINS LLP                                 |
|     | 505 Montgomery Street, Suite 2000                    |
|     | San Francisco, CA  94111                             |
|     | Telephone:  (415) 391-0600                           |
|     | Facsimile:  (415) 395-8095                           |
|     | chris.yates@lw.com                                   |
|     | dan.wall@lw.com                                      |
|     | brendan.mcshane@lw.com                               |
|     | jason.daniels@lw.com                                 |

Attorneys for Defendant
*Orbitz Worldwide, Inc.*

|     |                                                      |
| --- | ---------------------------------------------------- |
| By: | /s/ Steven A. Newborn                                |
|     | Steven A. Newborn                                    |
|     | Carrie M. Anderson                                   |
|     | Daniel E. Antalics (SBN 276488)                      |
|     | WEIL, GOTSHAL & MANGES LLP                           |
|     | 1300 Eye Street, N.W., Suite 900                     |
|     | Washington, D.C. 20005                               |
|     | Telephone:  (202) 682-7000                           |
|     | Facsimile:  (202) 857-0940                           |
|     | daniel.antalics@weil.com                             |

*Of Counsel:*
James C. Egan, Jr.

Attorneys for Defendant
*Hilton Worldwide, Inc.*

| | | |
|---|---|---|
| | By: | /s/ Christopher J. Kelly |

Christopher J. Kelly (SBN 276312)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2061
cjkelly@mayerbrown.com

Robert E. Bloch
Richard Ben-Veniste
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 263-3203
Facsimile:  (202) 263-5203
rbloch@mayerbrown.com
rben-veniste@mayerbrown.com

Attorneys for Defendant
*Starwood Hotels & Resorts Worldwide, Inc.*

By:     /s/ Francis J. Burke, Jr.
Francis J. Burke, Jr. (SBN 75970)
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone:  (310) 201-5214
Facsimile:  (310) 282-6993
fburke@seyfarth.com

Attorneys for Defendant
*Trump International Hotels Management, LLC*

By:     /s/ Marie L. Fiala
Marie L. Fiala (SBN 79676)
Ryan M. Sandrock (SBN 251781)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
mfiala@sidley.com
rsandrock@sidley.com

Attorneys for Defendant
*Kimpton Hotel & Restaurant Group, LLC*

1
2  By:   /s/ Timothy T. Scott
       Timothy T. Scott (SBN 126971)
       Leo Spooner III (SBN 241541)
3      KING & SPALDING LLP
       333 Twin Dolphin Drive, Suite 400
4      Redwood Shores, CA  94065
       Telephone:  (650) 590-0700
5      Facsimile:  (650) 590-1900
       tscott@kslaw.com
6      lspooner@kslaw.com

7
       Jeffrey S. Cashdan
8      Christine A. Hopkinson
       Sarah E. Statz
9      KING & SPALDING LLP
       1180 Peachtree Street, N.E.
10     Atlanta, GA  30309
       Telephone:  (404) 572-4600
11     Facsimile:  (404) 572-5100
       jcashdan@kslaw.com
12     chopkinson@kslaw.com
       sstatz@kslaw.com
13
       Attorneys for Defendant
14     *InterContinental Hotels Group Resources, Inc.*

15  By:   /s/ Eugene F. Assaf
16     Eugene F. Assaf, P.C.
       Edwin John U
17     Ian R. Conner
       KIRKLAND & ELLIS LLP
18     655 Fifteenth Street,  N.W
19     Washington, D.C. 20005-5793
       Telephone: 202-879-5000
20     Facsimile:  202-879-5200
       eugene.assaf@kirkland.com
21     edwin.u@kirkland.com
       ian.conner@kirkland.com
22
       Attorneys for Defendants
23     *Wyndham Worldwide Corporation,
       Wyndham Hotel Group, LLC and
24     Travelodge Hotels, Inc.*

25

26

27

28                                    -6-
                                              STIPULATION AND [PROPOSED] ORDER
                                              CASE NO. 3:12-CV-04975-MEJ

703513648

1
2
3  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4
5  Dated: October 24, 2012

   _____
   THE HONORABLE MARIA-ELENA JAMES
   Chief United States Magistrate Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-7-

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CV-04975-MEJ

703513648

1
2
3     **CERTIFICATE OF SERVICE**
4     I hereby certify that on October 23, 2012, I electronically filed the foregoing document
5  using the CM/ECF system which will send notification of such filing to the e-mail addresses
6  registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby
7  certify that I have caused to be mailed a paper copy of the foregoing document via the United States
8  Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the
9  CM/ECF system.
10
11                                                        /s/Laurence D. King
                                                          Laurence D. King
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                          -8-
                                                        STIPULATION AND [PROPOSED] ORDER
                                                        CASE NO. 3:12-CV-04975-MEJ

703513648